UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES<br>DISTRICT OF COLUMBIA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TRACY JACKSON,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NUMBER   1:06MS00440<br><br>JUDGE: Richard J. Leon<br><br>DECK TYPE: Miscellanous<br><br>DATE STAMP: 10/04/2006 |

## NOTICE OF REMOVAL OF SUBPOENA

Court Services and Offender Supervision Agency (CSOSA) employee Paula Lawson, through undersigned counsel, respectfully notifies the Court as follows:

1.　CSOSA employee Paula Lawson has been subpoenaed by Defendant to provide "probation records/file" in United States/District of Columbia v. Tracy Jackson, pending in the Superior Court of the District of Columbia, Case No. 2005 CMD 2084. The subpoenaed federal employee is not a party to that action.

2.　A copy of the subpoena is attached hereto.

3.　The subpoenaed CSOSA employee will move to quash, relying on federal law, within five days of the removal of this action or such time as this Court shall order.

4.　This notice of removal is brought pursuant to 28 U.S.C. § 1442(a) and Brown & Williamson Tobacco Corp. v. Williams, 62 F.3d 408, 412-415 (D.C. Cir. 1995).

WHEREFORE, this matter is properly removed from the Superior Court of the District of Columbia, to this Court, pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446, and Brown & Williamson Tobacco Corp. v. Williams, supra.

Dated: October 4, 2006.

Respectfully submitted,

*/s/* Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

# Superior Court of the District of Columbia
## CRIMINAL DIVISION
## SUBPOENA

UNITED STATES
DISTRICT OF COLUMBIA

vs.                                      Case No. 2005 CMD 2084

TRACY JACKSON

To: PAULA LAWSON, CSO

633 INDIANA AVE NW WDC 12TH FLOOR

**YOU ARE HEREBY COMMANDED:**

To appear before the Criminal Division room/courtroom __212__ of the Superior Court of the District of Columbia, 500 Indiana Avenue/~~Judiciary Center, 555 Fourth Street~~, N.W., Washington, D.C. on the __5TH__ day of __OCTOBER__, 20 __06__, at __9:00__ (a.m.)/p.m. as a witness for

☒ and bring with you __PROBATION RECORDS/FILE__

and do not depart from the Court without leave thereof.

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this __4TH__ day of __OCTOBER__, 20 __06__.

Officer in Charge          District

HENRY ESCOTO
Attorney for ~~Government~~/Defendant

Phone No. 2/898-4700

Clerk, Superior Court of the District of Columbia

---

Authorization as required by D.C. Code § 14-307 and *Brown v. U.S.*, 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records.

Date | Judge

**RETURN ON THIS SUBPOENA IS REQUIRED ON OR BEFORE THIS DATE:**

☑ I hereby certify that I have personally served, or have executed as shown in "REMARKS," the above subpoena on the individual at the address below.

| Name and Title of Individual Served | Address (If different than shown above) |
|---|---|
|  |  |

☐ I hereby certify that, after diligent investigation, I am unable to locate the individuals, company, corporation, etc., named in above subpoena for the reason(s) as shown in "REMARKS."

| Date(s) of Endeavor | Date and Time of Service |
|---|---|
|  | 10-4-06  12:27 |

| REMARKS | Signature of Title of Server |
|---|---|
|  | R. Brindyh Hry |

CD-1072/Jan. 00                    10/4/06                    *U.S. GPO: 2000-520-518/94582

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Criminal Division

| | |
|---|---|
| UNITED STATES,<br>DISTRICT OF COLUMBIA<br><br>v.<br><br>TRACY JACKSON,<br><br>Defendant, | )<br>)<br>)<br>)<br>)  Case No. 2005 CMD 2084<br>)<br>)  Judge Jeanette Clark<br>)<br>)  Trial: October 5, 2006<br>)         Courtroom 212, 9:00 a.m.<br>) |

NOTICE OF FILING OF NOTICE OF REMOVAL OF A SUBPOENA MATTER

To:   HENRY ESCOTO, Esq.
      Baldwin, Molina & Escoto
      806 7th St., N.W., Suite 301
      Washington, DC 20001

PLEASE TAKE NOTE that on October 4, 2006, the Court Services and Offender Supervision Agency ("CSOSA" or "Agency") on behalf of its employee, Paula Lawson, recipient of a subpoena in this case, filed with the Clerk of the United States District Court for the District of Columbia a Notice of Removal of the subpoena in the above captioned case, pursuant to 28 U.S.C. §§ 1442(a)(1), 1446. The underlying case is not being removed and will remain in Superior Court.

With regard to the subpoena matter, the Superior Court of the District of Columbia "shall proceed no further unless and until the [matter] is remanded." See 28 U.S.C. § 1446(d). A copy of the Notice of Removal (and attachment) are attached hereto.

Respectfully submitted,

*Jeffrey A. Taylor /dwh*
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4th day of October, 2006, I caused service of the following: Notice of Filing of Notice of Removal and Notice of Removal to be made on defendant, through counsel, by first class mail postage prepaid and addressed to:

Henry Escoto, Esq.
Baldwin, Molina & Escoto
806 7th St., N.W., Suite 301
Washington, DC 20001

CLAIRE WHITAKER
Assistant United States Attorney