UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES DISTRICT OF COLUMBIA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Misc. No. 1:06MS0040 |
| TRACY JACKSON, | ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Claire M. Whitaker, Assistant U.S. Attorney, as counsel of record for Court Services and Offender Supervision Agency (CSOSA) employee Paula Lawson in the above-captioned case.

                                                Respectfully submitted,

                                                        /s/
                                            CLAIRE WHITAKER, D.C. Bar # 354530
                                            Assistant United States Attorney
                                            United States Attorneys Office
                                            Civil Division
                                            555 4th Street, N.W., Room E-4204
                                            Washington, D.C. 20530
                                            (202) 514-7137

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 29th day of November, 2006, I caused service of the following: Notice of Appearance to be made on defendant, through counsel, by first class mail postage prepaid and addressed to:

Henry Escoto, Esq.
Baldwin, Molina & Escoto
806 7th St., N.W., Suite 301
Washington, DC 20001

/s/
CLAIRE WHITAKER
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137