UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES <br> DISTRICT OF COLUMBIA, <br><br> Plaintiff, <br><br> v. <br><br> TRACY JACKSON, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Misc. No. 1:06MS0040 <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF DISMISSAL

Court Services and Offender Supervision Agency (CSOSA) employee Paula Lawson, through undersigned counsel, files this notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1).

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 29th day of November, 2006, I caused service of the following: Notice of Dismissal to be made on defendant, through counsel, by first class mail postage prepaid and addressed to:

Henry Escoto, Esq.
Baldwin, Molina & Escoto
806 7th St., N.W., Suite 301
Washington, DC 20001

/s/
CLAIRE WHITAKER
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137